IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWARD C. MILLIGAN,

           Petitioner,

    v.

BRIAN BELLEQUE,

           Respondent.

No. CV 05-190-HU

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS & RECOMMENDATION

**MOSMAN, J.,**

On February 21, 2007, Magistrate Judge Hubel issued Findings and Recommendation

("F&R") (#28) in the above-captioned case recommending that petitioner's Petition for Writ of

Habeas Corpus (#1) be denied.  Although late, objections were filed.

In conducting my review of the F&R, I apply the following standard.  The magistrate

judge makes only recommendations to the court, to which any party may file written objections.

I am not bound by the recommendations of the magistrate judge, but retain responsibility for

making the final determination.  I am required to make a *de novo* determination of those portions

of the report or specified findings or recommendation as to which an objection is made.  28

U.S.C. § 636(b)(1)(C).  However, I am not required to review, under a *de novo* or any other

PAGE 1 - ORDER

standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R

to which no objections are addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985);  *United*

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under

which I am required to review the F&R depends on whether or not objections have been filed, in

either case, I am free to accept, reject, or modify any of the magistrate judge's F&R.  28 U.S.C. §

636(b)(1)(C).

　　　　After reviewing the F&R, the parties' objections and responses, and other relevant

materials, the F&R is ADOPTED without modification.

　　　　IT IS SO ORDERED.

　　　　DATED this ___19th___ day of March, 2007.

                                              /s/ Michael W. Mosman
                                              MICHAEL W. MOSMAN
                                              United States District Court

PAGE 2 - ORDER